# In The United States Court of Federal Claims

## Cover Sheet

06-524 C

Plaintiff(s) or Petitioner(s) Jose A. Arellano and David B. Pridgen

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Gregory K. McGillivary

Firm Name: Woodley & McGillivary

Post Office Box:

Street Address: 1125 15th Street, NW, Ste. 400

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202-833-8855; 202-452-1090 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: ☐☐☐

See attached sheet for three-digit codes.

Amount Claimed: $ To be determined

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ ______

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ______

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.