IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO<br>DAVID PRIDGEN,<br><br>Plaintiff,<br>v.<br><br><br>THE UNITED STATES,<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-524C<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Nancy M. Kim as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Nancy M. Kim
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: August 3, 2006

/s/

Nancy M. Kim
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-353-0546

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of August, 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ Nancy M. Kim