IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. JOSE ARELLANO<br><br>2. DAVID PRIDGEN<br><br>3. **ROSE PICKETT**<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | CASE NO. 1:06-cv-00524-LB<br>JUDGE LAWRENCE J. BLOCK |

**PLAINTIFFS' FIRST UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this unopposed motion to file their First Amended Unopposed Motion for Leave to Amend Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add one plaintiff. The new plaintiff, Rose Pickett, is similarly situated to the original plaintiffs in that he is a current and/or former employee of the United States employed as a Physical Security Specialists in the GS-12 series and below by the U.S. Department of Homeland Security.

3. To participate in this action, similarly situated employees such as Mr. Moore must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b).

4. The addition of the one plaintiff will not interfere with nor delay any of the other deadlines set by the Court's scheduling order.

5. Plaintiffs' counsel has contacted defendant's counsel and defendant's counsel has stated that she does not oppose this motion.

6. Plaintiffs' First Amended Complaint is attached hereto. The only modification to the complaint is the addition of plaintiff Pickett who has given her consent to sue. Her Consent to Sue form is filed with Plaintiffs' First Amended Complaint.

A certificate of service accompanies this motion.

Respectfully submitted,

Dated: October 30, 2006

s/Gregory K. McGillivary

Gregory K. McGillivary

WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

David Ricksecker

WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel