# ATTACHMENT A

**Print clearly, or type the following information:**

NAME Pickett Rose M. SS# 421-82-470
Last First Middle

HOME ADDRESS 8234 Misty Ridge Ln.
Address

Houston, TX 77071
City State Zip Code

PHONE (home) 713.771.2934 (work) 713-209-3207

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| * 2003 | Federal Protective Serv ICE/DHS | 0301 | 11-2 11-3 | Protection Specialis |
| 2004 | " " | 0301 | 11-4 | Protection Specialis |
| 2005 | " " | 0301 | 11-4 | Protection Specialist |
| 2006 | | 0301 | 11-5 | Protection Specialis |

SIGNATURE Rose M Pickett

Continue on Reverse