IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 06-524C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant respectfully requests the Court to stay proceedings in this matter so that the parties may explore the possibility of settlement.

On June 30, 2006, two plaintiffs, Jose Arellano and David Pridgen, filed a complaint alleging a claim under the Fair Labor Standards Act for overtime compensation. On October 30, 2006, plaintiffs filed an unopposed motion for leave to amend complaint to allow a third plaintiff, Rose Pickett, to join this suit. Our joint preliminary status report is due on November 6, 2006. This is our first request for a stay of proceedings. Government counsel has conferred with plaintiffs' counsel and is authorized to state that plaintiffs do not oppose this motion.

Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to give the parties an opportunity to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for a stay of proceedings. Defendant suggests that the parties be required to

file a joint status report by January 2, 2007, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

October 31, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 31 day of October, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim