IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 06-524C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND MOTION TO ENLARGE STAY**

Pursuant to the Court's order dated November 1, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 60 days, through and including March 5, 2007, to afford the parties time to conduct settlement discussions.

Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. In this regard, the Government has made efforts to collect the necessary information to further settlement efforts, such as the number of hours of overtime the plaintiffs alleged to have worked during the relevant time period, the amount of overtime that would be owed plaintiffs pursuant to the Fair Labor Standards Act ("FLSA"), and calculations showing how that amount was calculated. On December 27, 2006, the Government provided these calculations to plaintiffs' counsel for review. Additional time is needed for plaintiffs to review this information and for the parties to continue settlement discussions.

The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to submit another joint status report on or before March 5, 2007, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

January 3, 2007