IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 06-524C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND MOTION TO ENLARGE STAY**

Pursuant to the Court's order dated January 4, 2007, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 60 days, through and including May 4, 2007, to afford the Government time to obtain the agency's recommendation regarding plaintiffs' settlement offer and, if appropriate, to obtain a determination from the authorized representative of the Attorney General whether to accept plaintiff's settlement offer.

On February 23, 2007, counsel for plaintiffs forwarded to the Government an offer to settle this case. The undersigned counsel for defendant requested that the agency provide its written recommendation regarding plaintiff's settlement offer. Additional time is needed for the agency to provide its written recommendation and for the undersigned counsel to make an appropriate recommendation to the authorized representative of the Attorney General whether to accept plaintiff's settlement offer.

The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to submit another joint status report on or before May 4 , 2007, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 28, 2007