IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO<br>DAVID PRIDGEN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-524C<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)305-3274
Fax: (202)514-8624
E-mail:Matthew.Solomson@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: March 30, 2007

s/ Matthew H, Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that, on this 30th day of March 2007, I caused to be filed electronically the foregoing NOTICE OF APPEARANCE. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H, Solomson
MATTHEW H. SOLOMSON