IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO,<br>DAVID PRIDGEN,<br>ROSE PICKETT, | ) | |
| Plaintiffs, | ) | No. 06-524C<br>(Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 3, 2007 Order, the parties hereby submit this Joint Status Report.

As explained in the previous (May 2, 2007) Joint Status Report, the parties executed, on April 16, 2007, a settlement agreement to resolve the above-captioned matter. Pursuant to that agreement, the Government has submitted the necessary paperwork for payment to be made to plaintiffs. The parties also have agreed to file a joint stipulation for dismissal with prejudice within 14 days of plaintiffs' receipt of that payment.

The Judgment Fund has not yet processed the aforementioned paperwork, and plaintiff continues to await payment. Defendant notes that, according to the Judgment Fund's website, payment may take up to 12 weeks to complete. See http://fms.treas.gov/judgefund/questions.html.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ David Ricksecker by s/ B. Polisuk
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
(202) 883-8855

Counsel for Plaintiffs

s/ Kathryn A. Bleecker by s/ K. Dintzer
KATHRYN A. BLEECKER
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3274

Counsel for Defendant

Dated: July 5, 2007