IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSE ARELLANO, DAVID PRIDGEN, ROSE PICKETT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-524C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Pursuant to the parties' April 16, 2007 settlement agreement and RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,


<u>s/Gregory K. McGillivary</u>
Gregory K. McGillivary
Attorney of Record

<u>s/David Ricksecker</u>
David Ricksecker
Of Counsel

WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

<u>s/ Kathryn A. Bleecker by s/ K. Dintzer</u>
KATHRYN A. BLEECKER
Assistant Director

<u>s/ Matthew H. Solomson</u>
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division, U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3274


Dated: August 8, 2007

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that, on August 8, 2007, a copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON